UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TRACY KAISER,

      Plaintiff,

v.

      Case No. 2:18-cv-414
      CHIEF JUDGE EDMUND A. SARGUS, JR.
      Magistrate Judge Chelsey M. Vascura

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on February 22, 2019. (ECF No. 21.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **OVERRULES** Plaintiff's Statement of Errors and **AFFIRMS** the Commissioner's decision.

**IT IS SO ORDERED.**

4-1-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE